**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | Criminal No: 23-cr-10186-ADB |
| DE'VONNE MCDONALD-JONES, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION TO WITHDRAW</u>

Undersigned counsel respectfully requests, pursuant to Local Rule 83.5.2(c), to withdraw as counsel for the defendant, Mr. De'Vonne McDonald-Jones. As grounds therefor, counsel states as follows:

1. Present counsel was appointed to represent Mr. McDonald-Jones on February 14, 2024.

2. Counsel will be closing his law practice and therefore unable to represent Mr. McDonald-Jones for the duration of his case.

3. Counsel has discussed his request to withdraw from representation with the defendant and provided him with notice of the filing of this motion.

4. The withdrawal of counsel at this juncture will not unduly delay the proceedings in this case or otherwise prejudice the parties involved.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court allow his Motion to Withdraw as counsel for the defendant, Mr. De'Vonne McDonald-Jones.

Respectfully Submitted,

August 27, 2024                         DE'VONNE MCDONALD-JONES

By his attorney,

*/s/ John G. Swomley*
John G. Swomley, BBO # 551450
55 Union Street | Fourth Floor
Boston, MA 02108
Tel.: 617-227-9443
Fax: 617-227-8059
jswomley@swomleylaw.com

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing in this case.

*/s/ John G. Swomley*
August 27, 2024