UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DE'VONNE MCDONALD-JONES<br><br>Defendant. | Case No. 23-cr-10186-ADB-10 |

## NOTICE OF APPEARANCE – CJA COUNSEL

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Minas Rasoulis of Quinn Emanuel Urquhart & Sullivan, LLP as CJA counsel of record for Defendant De'vonne McDonald-Jones in the above-captioned matter.

DATED:  July 9, 2025

Respectfully submitted,

 */s/ Minas Rasoulis*
Minas Rasoulis (BBO# 715634)
QUINN EMANUEL URQUHART &
  SULLIVAN, LLP
111 Huntington Avenue, Suite 520
Boston, MA 02199-3600
Tel.: (617) 712-7100
Fax: (617) 712-7200
minasrasoulis@quinnemanuel.com

*Attorney for De'vonne McDonald-Jones.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed today through the Court's CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

DATED:  July 9, 2025                             /s/ Minas Rasoulis
                                                 Minas Rasoulis