November 24, 2025

The Honorable Allison Burroughs
Judge Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02110

Dear Judge Burroughs,

I am Simone McDonald, mother of De'Vonne McDonald-Jones.  I am writing on behalf of myself and my son asking for your leniency in sentencing.

De'Vonne is my first child.  Raising him as a single mom was a struggle, but we made it through some circumstances together.  Growing up, De'Vonne was very active in sports and had big dreams of being a successful young man to take care of mom.  My son has always been loving and compassionate to his two siblings at home as well.  And he has always been a very supportive son during my dark times of depression.  I seen my son grow to a mature young man once he became a dad to his two loving children, who miss him terribly.  My son means the world to me dearly, and throughout this time it has been very hard for me, as I have to explain his absence to my other children as well as my grandchildren.

De'Vonne has been very regrettable about his mistakes, and I'm hoping you have compassion on his sentencing.  I, as his mom, do strongly believe that with the appropriate guidance and opportunity he can and will overcome these challenges.

Thank you for your time.

Respectfully,

*Simone McDonald*