# EXHIBIT A
# (Sentencing Letters)

# EXHIBIT A-1



10/15/2025

To the Honorable Judge Burroughs,

My name is Oscar Lopez, and I am writing on behalf of De'Vonne McDonald-Jones. I want to begin by thanking you for your service and for the thoughtful work you do in upholding justice. I have deep respect for the legal process and the responsibility that comes with your position.

I have known De'Vonne for nearly fifteen years, and during that time, I have come to know him as a genuinely good person who has faced many challenges in life. He had a difficult upbringing, but even as a young man, he showed natural leadership, compassion, and determination.

I first met De'Vonne through basketball, where he played AAU and quickly stood out as the kind of teammate everyone could rely on. I vividly remember how, during tough practices when his teammates were tired or frustrated, De'Vonne would rally the group — encouraging them to push through the running, stay positive, and keep working together. During games, even when things weren't going well, he was the one lifting everyone's spirits. His teammates naturally gravitated toward him because of his energy, positive attitude, and the way he brought people together. That leadership and care for others have always been a part of who he is.

Over the years, I've stayed in touch with De'Vonne and have seen both his struggles and his efforts to better his life. When we last spoke, he was working and focused on being there for his children. I truly believe that he wants to break free from the negative cycle that has surrounded him in the streets of Boston and build a more stable, positive future for himself and his family.

A bit about myself — I am a longtime Boston resident and have worked for the YMCA for 29 years, currently serving as the Associate Vice President of Youth Development and Finance. Through my work, I've seen many young people face difficult paths, and I've learned that with the right support and opportunities, people can truly turn their lives around. I believe De'Vonne has that same potential if given the chance.

I respectfully ask that you consider leniency in his sentencing and allow him the opportunity to continue rebuilding his life and being present for his children. I am confident that, with guidance and structure, De'Vonne can continue making positive choices and contribute meaningfully to his community.

Thank you again, Your Honor, for your service and for taking the time to read my letter. I deeply appreciate your consideration.

Respectfully,

Oscar Lopez
Associate Vice President of Youth Development and Finance
YMCA of Greater Boston

# EXHIBIT A-2

October 1, 2025

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02110

Dear Judge Burroughs,

  My name is Tadaja Allen and I'm the mother of De'Vonne's second child. I'm 27-years-old and a graduate of Brookline High School, as well as Brookline Police Academy. I'm a former TSA Agent out of Boston Logan Airport and currently a Full-Time student at Quincy College. De'Vonne and I have been in a relationship for the last 4 years. Within our first year, we welcomed a beautiful baby girl named Summer Jones. Throughout our relationship, we've always spoken of marriage and expanding our family. So adding a new addition is one of my favorite memories with De'Vonne. I have been given a great opportunity of experiencing motherhood with a reassuring partner who has only made this a serene experience.

  Mr. Jones is very attentive, kind, loving, patient and reliable. De'Vonne has always been very supportive of me and has pushed me far to make sure I fulfill my dreams. As a new mom, De'Vonne made it easier on me, by changing his work hours to overnight; so that I could attend school in the early morning hours, while he'd stay home with our newborn daughter. He is deeply engaged in his children's lives and consistently demonstrates his commitment to being a devoted and caring father. I had lost my car in early 2023 and he took on the role of making sure that didn't stop me nor result in me losing focus on my career. He has always wanted the best for me and made sure he pushed me to my full potential.

  Within the last 4 years I've noticed a drastic change in De'Vonne's mentality. He has become very family-oriented and his main focus was to build healthy relationships within our blended family. Prior to our daughter, we would spend time with his son and

my godson. We'd take them to the Zoo, Aquarium, Chuck E. Cheese, etc. We'd even take them out to eat at a restaurant some days. De'Vonne would make plans weekly for us to get them together and he wanted to make sure they were able to build a relationship.

      As a 27-year-old woman, who has never had a relationship with my biological father; I couldn't be more thankful to create life with someone so supportive and loving as Mr. Jones. His children are obsessed with their father and although he's physically away from them, they still feel him 100% and remember him for the great father he is. He has my full support in all of his positive endeavors. I beseech you to give De'Vonne a chance to return home to his family, most importantly, his children in a stable safe environment going forward.


Thank you for your service and consideration,

*[signature]*

Officer Allen

# EXHIBIT A-3

November 24, 2025

The Honorable Allison Burroughs
Judge Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, Ma 02110

Dear Judge Burroughs,

I am Simone McDonald, mother of De'Vonne McDonald-Jones.  I am writing on behalf of myself and my son asking for your leniency in sentencing.

De'Vonne is my first child.  Raising him as a single mom was a struggle, but we made it through some circumstances together.  Growing up, De'Vonne was very active in sports and had big dreams of being a successful young man to take care of mom.  My son has always been loving and compassionate to his two siblings at home as well.  And he has always been a very supportive son during my dark times of depression.  I seen my son grow to a mature young man once he became a dad to his two loving children, who miss him terribly.  My son means the world to me dearly, and throughout this time it has been very hard for me, as I have to explain his absence to my other children as well as my grandchildren.

De'Vonne has been very regrettable about his mistakes, and I'm hoping you have compassion on his sentencing.  I, as his mom, do strongly believe that with the appropriate guidance and opportunity he can and will overcome these challenges.

Thank you for your time.

Respectfully,

*Simone McDonald*