**Boston Police**
DEPARTMENT
1 SCHROEDER PLAZA | BOSTON, MA 02120

Boston PD

## I# 140133488 - Offense/Incident Report Cover Sheet

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Mar 4, 2014 19:36 | B2 | Mar 4, 2014 14:58 |

### OFFENSE-1
**OFFENSE CODE**
Migrated Report - Aggravated Assault/Aggravated Assault & Battery
**OFFENSE LOCATION**
0 GURNEY ST

### OFFENSE-1
**OFFENSE CODE**
Migrated Report - Aggravated Assault/Aggravated Assault & Battery
**OFFENSE LOCATION**
0 GURNEY ST

### OFFENSE-1
**OFFENSE CODE**
Migrated Report - Aggravated Assault/Aggravated Assault & Battery
**OFFENSE LOCATION**
0 GURNEY ST

### INVOLVED PERSONS

| INVOLVEMENT | NAME | HOME ADDRESS | DOB / ESTIMATED AGE RANGE | RACE | SEX |
|---|---|---|---|---|---|
| S-1 | Devon Mcdonald-Jones | Redacted ROSINDALE, MA | 1996-Redacted | Black | Male |

### NARRATIVE

Original Narrative:
Created: 03/04/2014 19:36:18 By: SHEEHAN, PAUL (108893)
About 2:58 pm on Tuesday March 4th 2014 Officers Sheehan and O'Connell assigned to the BK01D unit responded to a radio call for a person with a gun at Gurney Street and Tremont Street, Roxbury. Also assisting was the B980 Sergeant Detective Horan, B808 Detective Teixeira, B806 Detective Martinez, B103D Officers Becker and Ross, B201D Officers Merner and Delacruz, B412D Officer Columbo, B434D Officer Godin, B650D Officer Keaton, B451D Officer Cremins, TG02 Officers Ashman and Long and the TE512 Officer Bowden.


While officers were en route to the call they were advised by Boston Police Operations via Channel 3 that the suspect had fired two to three rounds and then fled down Terrace Street away from the Roxbury Crossing Transit Station. The suspect was described as a Black male wearing a dark blue jacket and a white hooded sweatshirt. Officer Keaton was driving on Terrace Street away from Roxbury Crossing when he observed a male fitting that description walking down Terrace Street. While Officer Keaton was traveling behind this male he observed the male turn around and look at him and then immediately reach down to the front of his waistband with his left hand. The male then continued to hold the front of his waistband while he took out a cellular phone with his right hand and put it up to his ear. The male

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

**Boston PD**                                                                                   Pg 1 of 3
*NOTE: Summarized report. More data regarding this report may exist in the RMS.*
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

USAO-00000685

continued walking on Terrace Street while looking over his shoulder numerous times and holding onto his waistband. As Officers Merner and Delacruz and Officers Sheehan and O'Connell pulled in front of the male he began to run at officers while holding onto his waistband. The male was then taken to the ground by Officer Delacruz. While officers were attempting to gain control of the male he was ignoring officers verbal commands to show his hands and continuously reaching for his waistband. Officers were able to gain control of the male's hands and place him into handcuffs. As officers rolled the male over they felt what they believed to be a grip of a handgun inside of the male's pants. Officer Sheehan then removed a Ruger P85 9mm handgun from the suspects waistband. The firearm's safety was in the ""fire"" position. The male was identified as Devonne McDonald-Jones (DOB [Redacted]/1996) Officers knew the male to be under the age of 21 which is the legal age to posses a handgun in Massachusetts.

Officers who arrived at the scene on Gurney Street located three spent shell casings, which were recovered by the B808 Detective Teixeira and the B806 Detective Martinez. The spent shell casings were identified as two CCI 9mm Luger and one FC 9mm luger. Detective Martinez spoke with the victim [Redacted] who stated that while he was working at the construction site on Gurney Street he observed the suspect standing in front of him on Gurney Street. [Redacted] described the suspect as being a Black male approximately 15 years of age. [Redacted] stated he observed the male begin to fire his handgun at two black males and one black female who fled towards Parker Street. [Redacted] stated that he was working in an excavator when he observed one of the rounds impact the ground in front of him. [Redacted] further stated that he observed the male holding a metallic colored handgun. [Redacted] stated that the suspect then smiled at him and placed the firearm into his waistband then fled the area. Mr. Cotell agreed to participate in a show up. Detective Martinez then read [Redacted] the witness show up instructions and responded to Terrace Street and New Cedar Street where [Redacted] positively identified Mr. McDonald-Jones.

Officers also spoke with another witness [Redacted] who stated that he first observed a group of 7-8 teenagers. [Redacted] stated that he observed two or three individuals running down Gurney Street from Tremont Street. [Redacted] stated that he then observed a male chasing them. [Redacted] stated that the male who had the firearm was a Black or dark skinned Hispanic male wearing a dark blue jacket with a white hood (either a white hooded sweatshirt or part of the jacket) fired three shots down Gurney Street. [Redacted] stated that he did not observe the suspects direction of flight because he continued walking up Tremont Street.

Mr. McDonald-Jones was charged with delinquent to wit; unlawful possession of a firearm, delinquent to wit; unlawful possession of ammunition, delinquent to wit; possession of a firearm with serial number obliterated, delinquent to wit; carrying a loaded firearm, delinquent to wit; discharging a firearm within 500 feet of a dwelling and delinquent to wit; assault by means of a dangerous weapon to wit firearm. Mr. McDonald-Jones was transported to District 2 for booking by the B434D Officer Godin. Criminalist Emily Ross of the Boston Police Crime Lab responded to District 2 to perform a gun shot residue test of Mr. McDonald-Jones.

The firearm was identified as a Ruger P85 9MM with one live round in the chamber (CCI 9mm luger) and seven live rounds in the magazine (six FC 9mm luger and one GFL 9mm) The firearm was secured by the B980 Sergeant Detective Horan. Assistant District Attorney Feeney was notified of this incident. Boston Juvenile Court complaints completed.

Supplement 01:
Created: 03/04/2014 19:36:18 By: SHEEHAN, PAUL (108893)
On March 4, 2014 Detective responded to Boston Municipal Court located at 24 New Chardon St. Detective Teixeira retrieved a black Hollister hooded sweatshirt and a black NorthFace jacket both which were collected by Court Officer

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

Boston PD    Pg 2 of 3
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

USAO-00000686

Patrick O'Donough. Both items to be turned in as evidence.

Pg 3 of 3

Original Narrative:
Name(s):
Redacted
Involvement: Witness
DOB: Redacted/1959
Phone(s): Redacted
Address 1: Redacted, ROXBURY, MA 02120-0000

DEVONNE MCDONALD-JONES
Involvement: Suspect
DOB: Redacted/1996
SSN: Redacted
Phone(s): Redacted
Address 1: Redacted, BSTN, MA 02131
Redacted
Involvement: Reporter
Phone(s): Redacted
Address 1: Redacted, STOUGHTON, MA 02072-0000

Redacted
Involvement: Victim
DOB: Redacted/1977
Phone(s): Redacted
Address 1: Redacted, STOUGHTON, MA 02072-0000

Supplement 01:
Name(s):
DET TEIXEIRA
Involvement: Reporter
Address 1: Redacted, BSTN, MA 02119

DEVONNE MCDONALD-JONES
Involvement: Suspect
DOB: Redacted/1996
SSN: Redacted
Phone(s): Redacted
Address 1: Redacted, BSTN, MA 02131

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

**Boston PD**
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.
Pg 3 of 3
USAO-00000687

# I# 140133488 - Offense/Incident Report

| REPORTED ON DATE / TIME | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 | OCCURRED FROM DATE / TIME - OCCURRED TO DATE / TIME |
|---|---|---|
| Mar 4, 2014 19:36 | B2 | Mar 4, 2014 14:58 |

**REPORTING OFFICER**
PAUL SHEEHAN #108893

**REPORT TAKEN LOCATION**
0 GURNEY ST

**EVENT STATISTICS**

| | |
|---|---|
| ■ Gun | ☐ Drugs |
| ☐ Sexual Assault | ☐ NIDV |
| ☐ Child Present | ☐ Homeless |
| ☐ CRU - Hate/Bias | ☐ Car Jack |
| ☐ Other Agency/Unit Notified | ☐ Bicycle |
| ☐ DVIP | ☐ Licensed Premise |
| ☐ Warrant Arrest | ☐ School |
| ☐ Juvenile | ☐ Disabled |
| ■ Gang | ☐ Search Warrant |
| ☐ Homeland Security | ■ Shots Fired |
| ☐ Sex Offender | ☐ Elderly |
| ☐ Homeland Security UASI | ☐ Victim Shot |
| ☐ Home Invasion | ☐ Victim Stabbed |
| ☐ Human Trafficking | ☐ Child Abuse |
| ☐ Body Worn Camera | ☐ Auto Investigator |
| ☐ Section 12/35 | |

## NARRATIVE

Original Narrative:
Created: 03/04/2014 19:36:18 By: SHEEHAN, PAUL (108893)
About 2:58 pm on Tuesday March 4th 2014 Officers Sheehan and O'Connell assigned to the BK01D unit responded to a radio call for a person with a gun at Gurney Street and Tremont Street, Roxbury. Also assisting was the B980 Sergeant Detective Horan, B808 Detective Teixeira, B806 Detective Martinez, B103D Officers Becker and Ross, B201D Officers Merner and Delacruz, B412D Officer Columbo, B434D Officer Godin, B650D Officer Keaton, B451D Officer Cremins, TG02 Officers Ashman and Long and the TE512 Officer Bowden.


While officers were en route to the call they were advised by Boston Police Operations via Channel 3 that the suspect had fired two to three rounds and then fled down Terrace Street away from the Roxbury Crossing Transit Station. The suspect was described as a Black male wearing a dark blue jacket and a white hooded sweatshirt. Officer Keaton was driving on Terrace Street away from Roxbury Crossing when he observed a male fitting that description walking down Terrace Street. While Officer Keaton was traveling behind this male he observed the male turn around and look at him and then immediately reach down to the front of his waistband with his left hand. The male then continued to hold the front of his waistband while he took out a cellular phone with his right hand and put it up to his ear. The male continued walking on Terrace Street while looking over his shoulder numerous times and holding onto his waistband. As Officers Merner and Delacruz and Officers Sheehan and O'Connell pulled in front of the male he began to run at

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

**Boston PD**
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 1 of 4

USAO-00000688

officers while holding onto his waistband. The male was then taken to the ground by Officer Delacruz. While officers were attempting to gain control of the male he was ignoring officers verbal commands to show his hands and continuously reaching for his waistband. Officers were able to gain control of the male's hands and place him into handcuffs. As officers rolled the male over they felt what they believed to be a grip of a handgun inside of the male's pants. Officer Sheehan then removed a Ruger P85 9mm handgun from the suspects waistband. The firearm's safety was in the ""fire"" position. The male was identified as Devonne McDonald-Jones (DOB [Redacted] /1996) Officers knew the male to be under the age of 21 which is the legal age to posses a handgun in Massachusetts.

Officers who arrived at the scene on Gurney Street located three spent shell casings, which were recovered by the B808 Detective Teixeira and the B806 Detective Martinez. The spent shell casings were identified as two CCI 9mm Luger and one FC 9mm luger. Detective Martinez spoke with the victim [Redacted] who stated that while he was working at the construction site on Gurney Street he observed the suspect standing in front of him on Gurney Street. [Redacted] described the suspect as being a Black male approximately 15 years of age. [Redacted] stated he observed the male begin to fire his handgun at two black males and one black female who fled towards Parker Street. Mr. Cotell stated that he was working in an excavator when he observed one of the rounds impact the ground in front of him. [Redacted] further stated that he observed the male holding a metallic colored handgun. [Redacted] stated that the suspect then smiled at him and placed the firearm into his waistband then fled the area. [Redacted] agreed to participate in a show up. Detective Martinez then read [Redacted] the witness show up instructions and responded to Terrace Street and New Cedar Street where [Redacted] positively identified Mr. McDonald-Jones.

Officers also spoke with another witness [Redacted] who stated that he first observed a group of 7-8 teenagers. [Redacted] stated that he observed two or three individuals running down Gurney Street from Tremont Street. [Redacted] [Redacted] stated that he then observed a male chasing them. [Redacted] stated that the male who had the firearm was a Black or dark skinned Hispanic male wearing a dark blue jacket with a white hood (either a white hooded sweatshirt or part of the jacket) fired three shots down Gurney Street. [Redacted] stated that he did not observe the suspects direction of flight because he continued walking up Tremont Street.

Mr. McDonald-Jones was charged with delinquent to wit; unlawful possession of a firearm, delinquent to wit; unlawful possession of ammunition, delinquent to wit; possession of a firearm with serial number obliterated, delinquent to wit; carrying a loaded firearm, delinquent to wit; discharging a firearm within 500 feet of a dwelling and delinquent to wit; assault by means of a dangerous weapon to wit firearm. Mr. McDonald-Jones was transported to District 2 for booking by the B434D Officer Godin. Criminalist Emily Ross of the Boston Police Crime Lab responded to District 2 to perform a gun shot residue test of Mr. McDonald-Jones.

The firearm was identified as a Ruger P85 9MM with one live round in the chamber (CCI 9mm luger) and seven live rounds in the magazine (six FC 9mm luger and one GFL 9mm) The firearm was secured by the B980 Sergeant Detective Horan. Assistant District Attorney Feeney was notified of this incident. Boston Juvenile Court complaints completed.

Supplement 01:
Created: 03/04/2014 19:36:18 By: SHEEHAN, PAUL (108893)
On March 4, 2014 Detective responded to Boston Municipal Court located at 24 New Chardon St. Detective Teixeira retrieved a black Hollister hooded sweatshirt and a black NorthFace jacket both which were collected by Court Officer Patrick O'Donough. Both items to be turned in as evidence.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
| --- | --- |
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

Original Narrative:
Name(s):
Redacted
Involvement: Witness
DOB: Redacted /1959
Phone(s): Redacted
Address 1: Redacted ROXBURY, MA 02120-0000
DEVONNE MCDONALD-JONES
Involvement: Suspect
DOB: Redacted /1996
SSN: Redacted
Phone(s): Redacted
Address 1: Redacted BSTN, MA 02131
Redacted
Involvement: Reporter
Phone(s): Redacted
Address 1 Redacted , STOUGHTON, MA 02072-0000
Redacted
Involvement: Victim
DOB: Redacted /1977
Phone(s): Redacted
Address 1: Redacted STOUGHTON, MA 02072-0000

Supplement 01:
Name(s):
DET TEIXEIRA
Involvement: Reporter
Address 1: Redacted , BSTN, MA 02119
DEVONNE MCDONALD-JONES
Involvement: Suspect
DOB: Redacted /1996
SSN: Redacted
Phone(s): Redacted
Address 1 Redacted BSTN, MA 02131

*SUSPECT-1*

| SUSPECT-1 (PERSON) | | | DOB / ESTIMATED AGE RANGE |
|---|---|---|---|
| S-1 Mcdonald-Jones, Devon | | | 1996 Redacted |
| SEX | RACE / ETHNICITY | PHONE NUMBER | |
| Male | Black / Not of Hispanic Origin | Redacted | |
| HOME ADDRESS | | | |
| Redacted  ROSINDALE, MA | | | |

**OFFENSE-1**

OFFENSE CODE
Migrated Report - Aggravated Assault/Aggravated Assault & Battery
*OFFENSE LOCATION*
LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION
0 GURNEY ST

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

**Boston PD**
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 3 of 4

USAO-00000690

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | B2 |

## OFFENSE-1

OFFENSE CODE

Migrated Report - Aggravated Assault/Aggravated Assault & Battery

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

0 GURNEY ST

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | B2 |

## OFFENSE-1

OFFENSE CODE

Migrated Report - Aggravated Assault/Aggravated Assault & Battery

*OFFENSE LOCATION*

LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, SUITE / DESCRIPTION

0 GURNEY ST

| COUNTRY CODE | DISTRICT / SECTOR / REPORTING AREA / SUBDIVISION 4 / SUBDIVISION 5 |
|---|---|
| US | B2 |

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| PAUL SHEEHAN #108893   Mar 4, 2014 14:58 (e-signature) | Data Migration   Mar 4, 2014 19:59 (e-signature) |
| PRINT NAME | PRINT NAME |
| PAUL SHEEHAN #108893 | Data Migration |

**Boston PD**

*Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.*
*Imported Report.*

# I# 140133488 - Custodial Property Summary Report

## VEHICLE / PROPERTY & ITEMS SUMMARY

| DESCRIPTION / MAKE / MODEL / COLOR | STATUS / DATE / REASON FOR CUSTODY | VIN # / SERIAL # | QTY. | TOTAL ($) VALUE |
|---|---|---|---|---|
| DESCRIPTION: 9mm Ruger pistol; Model P85 w/ obliterated serial # & one magazine REASON SEIZED: Evidence CUST LOC: 3563 | In Police Custody | | | |
| DESCRIPTION: Six (6) FC 9mm Luger live cartridges, One (1) CCI 9mm Luger cartidge, One (1) GFL live cartridge; 8 Total REASON SEIZED: Evidence CUST LOC: 3563 | In Police Custody | | | |
| DESCRIPTION: 1 (one) CCI 9mm Luger catridge case cone #1 REASON SEIZED: Evidence CUST LOC: 3336 | In Police Custody | | | |
| DESCRIPTION: 1 (one) FC 9mm Luger catridge case cone #2 REASON SEIZED: Evidence CUST LOC: 3336 | In Police Custody | | | |
| DESCRIPTION: 1 (one) CCI 9mm Luger catridge case cone #3 REASON SEIZED: Evidence CUST LOC: 3336 | In Police Custody | | | |
| DESCRIPTION: 1 (one) bullet fragment cone #4 REASON SEIZED: Evidence CUST LOC: 3336 | In Police Custody | | | |
| DESCRIPTION: 1 (one) bullet fragment cone #5 REASON SEIZED: Evidence CUST LOC: 3336 | In Police Custody | | | |
| DESCRIPTION: Cd containing 39 digital images REASON SEIZED: Evidence CUST LOC: 3655 | In Police Custody | | | |
| DESCRIPTION: black Hollister hooded sweatshirt REASON SEIZED: Evidence CUST LOC: 8149 | In Police Custody | | | |
| DESCRIPTION: black NorthFace jacket REASON SEIZED: Evidence CUST LOC: 8149 | In Police Custody | | | |

**Boston PD**
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 1 of 9

USAO-00000692

| DESCRIPTION | Status | | | | |
|---|---|---|---|---|---|
| DESCRIPTION: One (1) virtual folder containing thirty-two (32) images of eight (8) latent prints 1-1A,B, and 1-2A,B,C,D,E,F. REASON SEIZED: Evidence CUST LOC: 37 | In Police Custody | | | | |
| DESCRIPTION: (3) 9MM LUGER TEST FIRES FROM ITEM#1 REASON SEIZED: Test Fire CUST LOC: 3336 | In Police Custody | | | | |
| DESCRIPTION: Two SEM stubs collected from ext. wrist cuffs of sweatshirt-Item 9. EMR 4/28/14 REASON SEIZED: Evidence CUST LOC: 6130 | In Police Custody | | | | |
| DESCRIPTION: Two SEM stubs collected from ext. wrist cuffs of coat-Item 10. EMR 4/28/14. REASON SEIZED: Evidence CUST LOC: 6130 | In Police Custody | | | | |
| DESCRIPTION: Gunshot Residue Trace Evidence REASON SEIZED: Evidence CUST LOC: 8169 | In Police Custody | | | | |
| DESCRIPTION: 26 jpg Crime Lab evidence photos taken by JLS REASON SEIZED: Evidence CUST LOC: 3655 | In Police Custody | | | | |

## PROPERTY & ITEMS ADDENDUM

140133488-1 OTHER ITEM - DESCRIPTION: 9MM RUGER PISTOL; MODEL P85 W/ OBLITERATED SERIAL # & ONE MAGAZINE REASON SEIZED: EVIDENCE CUST LOC: 3563

ITEM CATEGORY

Other

IDENTIFIER

Barcode #: 250311-1

DESCRIPTION

DESCRIPTION: 9mm Ruger pistol; Model P85 w/ obliterated serial # & one magazine REASON SEIZED: Evidence CUST LOC: 3563

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

STATEMENT OF FACTS

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

FG / FAU2

**Boston PD**    Pg 2 of 9
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24. Imported Report.

USAO-00000693

**140133488-2 OTHER ITEM - DESCRIPTION: SIX (6) FC 9MM LUGER LIVE CARTRIDGES, ONE (1) CCI 9MM LUGER CARTRIDGE, ONE (1) GFL LIVE CARTRIDGE; 8 TOTAL REASON SEIZED: EVIDENCE CUST LOC: 3563**

| ITEM CATEGORY |
|---|
| Other |

| IDENTIFIER |
|---|
| Barcode #: 250311-2 |

| DESCRIPTION |
|---|
| DESCRIPTION: Six (6) FC 9mm Luger live cartridges, One (1) CCI 9mm Luger cartridge, One (1) GFL live cartridge; 8 Total REASON SEIZED: Evidence CUST LOC: 3563 |

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

| STATEMENT OF FACTS |
|---|
| Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No |

| STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON |
|---|
| FG / FAU2 |

**140133488-3 OTHER ITEM - DESCRIPTION: 1 (ONE) CCI 9MM LUGER CATRIDGE CASE CONE #1 REASON SEIZED: EVIDENCE CUST LOC: 3336**

| ITEM CATEGORY |
|---|
| Other |

| IDENTIFIER |
|---|
| Barcode #: 250311-3 |

| DESCRIPTION |
|---|
| DESCRIPTION: 1 (one) CCI 9mm Luger catridge case cone #1 REASON SEIZED: Evidence CUST LOC: 3336 |

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

| STATEMENT OF FACTS |
|---|
| Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No |

| STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON |
|---|
| FG / FAU2 |

**140133488-4 OTHER ITEM - DESCRIPTION: 1 (ONE) FC 9MM LUGER CATRIDGE CASE CONE #2 REASON SEIZED: EVIDENCE CUST LOC: 3336**

| ITEM CATEGORY |
|---|
| Other |

| IDENTIFIER |
|---|
| Barcode #: 250311-4 |

| DESCRIPTION |
|---|
| DESCRIPTION: 1 (one) FC 9mm Luger catridge case cone #2 REASON SEIZED: Evidence CUST LOC: 3336 |

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

Boston PD
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 3 of 9

USAO-00000694

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

FG / FAU2

140133488-5 OTHER ITEM - DESCRIPTION: 1 (ONE) CCI 9MM LUGER CATRIDGE CASE CONE #3 REASON SEIZED: EVIDENCE CUST LOC: 3336

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-5

**DESCRIPTION**

DESCRIPTION: 1 (one) CCI 9mm Luger catridge case cone #3 REASON SEIZED: Evidence CUST LOC: 3336

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

FG / FAU2

140133488-6 OTHER ITEM - DESCRIPTION: 1 (ONE) BULLET FRAGMENT CONE #4 REASON SEIZED: EVIDENCE CUST LOC: 3336

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-6

**DESCRIPTION**

DESCRIPTION: 1 (one) bullet fragment cone #4 REASON SEIZED: Evidence CUST LOC: 3336

| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
|---|---|---|
| In Police Custody | Yes | No |

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

FG / FAU2

140133488-7 OTHER ITEM - DESCRIPTION: 1 (ONE) BULLET FRAGMENT CONE #5 REASON SEIZED: EVIDENCE CUST LOC: 3336

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-7

**Boston PD**
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 4 of 9

USAO-00000695

| DESCRIPTION | | |
|---|---|---|
| DESCRIPTION: 1 (one) bullet fragment cone #5 REASON SEIZED: Evidence CUST LOC: 3336 | | |
| STATUS | IN POLICE CUSTODY | OWNER NOTIFIED? |
| In Police Custody | Yes | No |
| STATEMENT OF FACTS | | |
| Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No | | |
| STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON | | |
| FG / FAU2 | | |

140133488-8 OTHER ITEM - DESCRIPTION: CD CONTAINING 39 DIGITAL IMAGES REASON SEIZED: EVIDENCE CUST LOC: 3655

| ITEM CATEGORY | |
|---|---|
| Other | |
| IDENTIFIER | |
| Barcode #: 250311-8 | |
| DESCRIPTION | |
| DESCRIPTION: Cd containing 39 digital images REASON SEIZED: Evidence CUST LOC: 3655 | |
| STATUS | IN POLICE CUSTODY |
| In Police Custody | Yes |
| RECOVERING OFFICER / ID # / PERSON | |
| JOSE TEIXEIRA #088314 | |
| OWNER NOTIFIED? | |
| No | |
| STATEMENT OF FACTS | |
| Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No | |
| STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON | |
| 39 / Crime Scene Response Unit,Photo Storage | |

140133488-9 OTHER ITEM - DESCRIPTION: BLACK HOLLISTER HOODED SWEATSHIRT REASON SEIZED: EVIDENCE CUST LOC: 8149

| ITEM CATEGORY | |
|---|---|
| Other | |
| IDENTIFIER | |
| Barcode #: 250311-9 | |
| DESCRIPTION | |
| DESCRIPTION: black Hollister hooded sweatshirt REASON SEIZED: Evidence CUST LOC: 8149 | |
| STATUS | IN POLICE CUSTODY |
| In Police Custody | Yes |
| RECOVERING OFFICER / ID # / PERSON | |
| JOSE TEIXEIRA #088314 | |
| OWNER NOTIFIED? | |
| No | |

Boston PD
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 5 of 9

USAO-00000696

STATEMENT OF FACTS

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

WH1 / Boston ECU,Warehouse 1 (1555),8142,8149

140133488-10 OTHER ITEM - DESCRIPTION: BLACK NORTHFACE JACKET REASON SEIZED: EVIDENCE CUST LOC: 8149

ITEM CATEGORY

Other

IDENTIFIER

Barcode #: 250311-10

DESCRIPTION

DESCRIPTION: black NorthFace jacket REASON SEIZED: Evidence CUST LOC: 8149

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

RECOVERING OFFICER / ID # / PERSON

JOSE TEIXEIRA #088314

OWNER NOTIFIED?

No

STATEMENT OF FACTS

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

WH1 / Boston ECU,Warehouse 1 (1555),8142,8149

140133488-11 OTHER ITEM - DESCRIPTION: ONE (1) VIRTUAL FOLDER CONTAINING THIRTY-TWO (32) IMAGES OF EIGHT (8) LATENT PRINTS 1-1A,B, AND 1-2A,B,C,D,E,F. REASON SEIZED: EVIDENCE CUST LOC: 37

ITEM CATEGORY

Other

IDENTIFIER

Barcode #: 250311-11

DESCRIPTION

DESCRIPTION: One (1) virtual folder containing thirty-two (32) images of eight (8) latent prints 1-1A,B, and 1-2A,B,C,D,E,F. REASON SEIZED: Evidence CUST LOC: 37

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

RECOVERING OFFICER / ID # / PERSON

KEVIN KOSIOREK #074138

OWNER NOTIFIED?

No

Boston PD
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24. Imported Report.

Pg 6 of 9

USAO-00000697

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

38 / Latent Print Unit

140133488-12 OTHER ITEM - DESCRIPTION: (3) 9MM LUGER TEST FIRES FROM ITEM#1 REASON SEIZED: TEST FIRE CUST LOC: 3336

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-12

**DESCRIPTION**

DESCRIPTION: (3) 9MM LUGER TEST FIRES FROM ITEM#1 REASON SEIZED: Test Fire CUST LOC: 3336

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

**RECOVERING OFFICER / ID # / PERSON**

CHRISTOPHER FINN #115499

**OWNER NOTIFIED?**

No

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

FAU

140133488-13 OTHER ITEM - DESCRIPTION: TWO SEM STUBS COLLECTED FROM EXT. WRIST CUFFS OF SWEATSHIRT-ITEM 9. EMR 4/28/14 REASON SEIZED: EVIDENCE CUST LOC: 6130

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-13

**DESCRIPTION**

DESCRIPTION: Two SEM stubs collected from ext. wrist cuffs of sweatshirt-Item 9. EMR 4/28/14 REASON SEIZED: Evidence CUST LOC: 6130

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

**RECOVERING OFFICER / ID # / PERSON**

EMILY RUNT #102411

**OWNER NOTIFIED?**

No

Boston PD
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24. Imported Report.

Pg 7 of 9

USAO-00000698

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: … Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

1 / Boston ECU,Central Evidence,TIER 1,RIGHT,70

140133488-14 OTHER ITEM - DESCRIPTION: TWO SEM STUBS COLLECTED FROM EXT. WRIST CUFFS OF COAT-ITEM 10. EMR 4/28/14. REASON SEIZED: EVIDENCE CUST LOC: 6130

ITEM CATEGORY

Other

IDENTIFIER

Barcode #: 250311-14

DESCRIPTION

DESCRIPTION: Two SEM stubs collected from ext. wrist cuffs of coat-Item 10. EMR 4/28/14. REASON SEIZED: Evidence CUST LOC: 6130

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

RECOVERING OFFICER / ID # / PERSON

EMILY RUNT #102411

OWNER NOTIFIED?

No

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: … Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON

1 / Boston ECU,Central Evidence,TIER 1,RIGHT,70

140133488-15 OTHER ITEM - DESCRIPTION: GUNSHOT RESIDUE TRACE EVIDENCE REASON SEIZED: EVIDENCE CUST LOC: 8169

ITEM CATEGORY

Other

IDENTIFIER

Barcode #: 250311-15

DESCRIPTION

DESCRIPTION: Gunshot Residue Trace Evidence REASON SEIZED: Evidence CUST LOC: 8169

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

RECOVERING OFFICER / ID # / PERSON

JOSE TEIXEIRA #088314

OWNER NOTIFIED?

No

**Boston PD**
Mark43 RMS Form v2.0 generated by J. BENCIVENGA #143871 on Sep 27, 2022 16:24.
Imported Report.

Pg 8 of 9

USAO-00000699

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

1 / Boston ECU,Central Evidence,8169

*140133488-16 OTHER ITEM - DESCRIPTION: 26 JPG CRIME LAB EVIDENCE PHOTOS TAKEN BY JLS REASON SEIZED: EVIDENCE CUST LOC: 3655*

**ITEM CATEGORY**

Other

**IDENTIFIER**

Barcode #: 250311-16

**DESCRIPTION**

DESCRIPTION: 26 jpg Crime Lab evidence photos taken by JLS REASON SEIZED: Evidence CUST LOC: 3655

| STATUS | IN POLICE CUSTODY |
|---|---|
| In Police Custody | Yes |

**RECOVERING OFFICER / ID # / PERSON**

JENNIFER SHEEHAN #100806

**OWNER NOTIFIED?**

No

**STATEMENT OF FACTS**

Inc Number: 140133488 Inc Type: ASSAULT D/W - GUN Inc Desc: ASSAULT D/W - GUN Location: ... Offense Date: 3/04/2014 5:00:00 am Is Clu Case: Yes CLU Number: 14-0154 Processing: Yes Processing Assignee: Kevin Kosiorek Comparison: Yes Comparison Assignee: Deborah Dobrydney Other: No Latents Found: Yes Is Lat Case: Yes Lat Number: 14-0209 Case From Outside Agency: No Rpt District: B2 Crime Code: 411 Is FAU Number: Yes FAU Number: 14-0180 Analyst Assigned: Ross, Emily Is PLN Case: Yes PLN Number: 14-0473 Is CCU Case: No

**STORAGE LOCATION / PERSON / DESTINATION / INTAKE PERSON**

39 / Crime Scene Response Unit,Photo Storage