# EXHIBIT A-4

December 1, 2025

Honorable Allison D. Burroughs
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02110

Sentencing Letter for De'Vonne McDonald-Jones

Dear Judge Burroughs,

I am writing to you regarding the upcoming sentencing of De'Vonne McDonald-Jones, who is both my best friend and the father of my 7-year-old son. I want to begin by expressing my full respect for the Court and acknowledging the seriousness of the matter before you.

First, I would like to share a little about myself so you may understand the perspective from which I write. My name is Brianna Wiggins. I am 28 years old, a graduate of Fenway High School, and I currently work for Centria Autism supporting children with autism. I also work for Longevity Care as a personal care assistant. My work requires patience, compassion, and consistency—qualities that guide me both professionally and as a mother.

I have known De'Vonne since we were kids. Over the years, I have watched him grow into someone who is loyal, caring, and supportive to those around him. The situation that brings him before the Court today does not reflect the person I have known for most of my life.

Most importantly, De'Vonne is a dedicated and loving father to our son. At 7 years old, our son looks up to him, learns from him, and feels secure in his presence. Their bond is strong and meaningful, and I see every day how much our son benefits emotionally from having his father involved in his life. De'Vonne plays an essential role in his development, confidence, and sense of stability.

He is not the person today that he was years ago. He has changed for the better. He is a better father, a better provider, and a better man. I know he is deeply afraid of how life will be for our son, Jaiden, if he is locked up for a long time, and I share that fear. Jaiden depends on him in ways only a young child can depend on their father.

Since this incident, I have seen genuine remorse in De'Vonne and a sincere desire to continue bettering himself—not just for his future, but for our son and his daughter's. He understands the impact of his actions and has been focused on making positive changes. I truly believe he has the ability and determination to continue moving in the right direction.

I respectfully ask the Court to consider leniency in sentencing. A lengthy separation at this point in Jaiden's life would be incredibly difficult for him. I believe that with continued support and structure, De'Vonne can remain an active, steady, and positive parent and continue the progress he has already begun.

1

Thank you for taking the time to read my letter and consider my perspective. I appreciate your fairness and the thoughtful care you bring to each case.

Respectfully,

Brianna Wiggins