**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

v.

DE'VONNE MCDONALD-JONES

Defendant.

Case No. 23-cr-10186-ADB-10

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR MINAS T. RASOULIS

Pursuant to Local Rule 83.5.2(c), please withdraw Attorney Minas T. Rasoulis as counsel for Defendant De'vonne McDonald-Jones in the above-captioned case.  Quinn Emanuel Urquhart & Sullivan, LLP continues to serve as counsel for Mr. McDonald-Jones through its attorney Michael T. Packard.

Dated: July 2, 2026

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Minas T. Rasoulis*
Minas T. Rasoulis (BBO #715634)
111 Huntington Ave, Ste. 520
Boston, MA 02199
Tel.: (617) 712 7100
Fax: (617) 712 7200
minasrasoulis@quinnemanuel.com

*Attorney for Defendant De'vonne McDonald-Jones*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and electronic email will be sent to those indicated as non-registered participants on this date.

Date: July 2, 2026

/s/ Minas T. Rasoulis
Minas T. Rasoulis (BBO #715634)

2